**MAGISTRATE'S CRIMINAL MINUTES - COMPLAINT**      FILED IN OPEN COURT

|  |  |
|---|---|
| DATE: | 11/13/2023 @ 1:00 pm |
| TAPE: | FTR |
| TIME IN COURT: | 20 Mins. |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER | COURTROOM DEPUTY CLERK: | Traci Clements Campbell |
| CASE NUMBER: | 1:22-mj-962 | DEFENDANT'S NAME: | Sean Patrick Cirillo |
| AUSA: | Lauren Macon | DEFENDANT'S ATTY: | Allison Dawson |
| USPO / PTR: | Kinetta Hamilton | ( ) Retained   ( ) CJA   (X) FDP   ( ) Waived | |

____ Arrest Date _____

  X   Initial appearance hearing held.

____ Interpreter sworn: _____

### COUNSEL

  X   ORDER appointing Federal Defender as counsel for defendant.   ____ INITIAL APPEARANCE

____ ORDER appointing _____ ONLY. as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

____ ORDER giving defendant _____ to employ counsel.   ( ) Verbal   ( ) Order to follow

### PRELIMINARY HEARING

  X   Preliminary hearing **set**/reset/cont to   11/16/2023   @   11:00 AM

____ Defendant WAIVES preliminary hearing.   ____ WAIVER FILED

____ Preliminary hearing HELD.   ____ Probable cause found; defendant held to District Court

____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

  X   Government motion for detention filed. Pretrial hearing set for   11/16/2023   @   11:00 AM

____ Temporary Commitment issued. Remanded to USM.

____ Bond/Pretrial detention hearing held.

____ Government motion for detention   ( ) Granted   ( ) Denied   ( ) Waived   ( ) Withdrawn

____ Pretrial detention ordered.   ____ Written order to follow.

____ BOND set at   $ _____   ____ NON-SURETY   ____ SURETY

      ____ cash          ____ property          ____ corporate surety ONLY

____ SPECIAL CONDITIONS: _____

____ Bond filed. Defendant released.

____ Bond not executed. Defendant to remain in Marshal's custody.

____ Motion   ( )   verbal   to reduce/revoke bond filed.

____ Motion to reduce/revoke bond   ____ GRANTED   ____ DENIED