AO 470 (Rev. 8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 13 2023

KEVIN P. WEIMER, Clerk
By: TCC, Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN District of GEORGIA

UNITED STATES OF AMERICA

V.

SEAN PATRICK CIRILLO
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case No. 1:23-mj-962

Upon motion of the __U. S. GOVERNMENT__, it is ORDERED that a detention hearing is set __November 16, 2023__ * at __11:00 AM__
                                                  *Date*                          *Time*

before __UNITED STATES MAGISTRATE JUDGE LINDA T. WALKER__
                              *Name of Judicial Officer*

__Courtroom 1860, U. S. Courthouse 75 Ted Turner Drive Street, S.W. Atlanta., GA 30303__
                              *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the hearing.
                *Other Custodial Official*

Date: 11/13/2023

*[signature: Linda T. Walker]*
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.